■ PETER LEWIS, Appellant, v. COLLEGE COMPLEX, INC., et al., Respondents, et al., Defendants. Same decision as in *Lewis* v. *College Complex* (26 A D 2d 612), decided herewith. (Appeal from judgment and order of Monroe Special Term dismissing the complaint as to College Complex, Inc., and Milton Karz and canceling the *lis pendens*.) Present— Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.